THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Robert
 Widdicombe, Respondent,
 v.
 Rachel P.
 Dupree, Petitioner.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF
 APPEALS

Appeal from Charleston County
 Paul W. Garfinkel, Family Court Judge
Memorandum Opinion No. 2008-MO-035
Submitted June 26, 2008  Filed August 4,
 2008
REVERSED

 
 
 
 Ms.
 Rachel P. Tucker-Cales, of Mt. Pleasant, pro se.
 Paul
 B. Ferrara, III, of N. Charleston, for Respondent.
 
 
 

PER
 CURIAM:  After careful review of the Appendix and briefs, we reverse the
 Court of Appeals decision[1] which affirmed the family court order holding petitioner in contempt.  Mosely
 v. Mosier, 279 S.C. 348, 306 S.E.2d 624 (1983)(parent who is financially
 unable to pay child support should not be held in contempt).
REVERSED.
TOAL,
 C.J., MOORE, WALLER, PLEICONES and BEATTY, JJ., concur.

[1] Widdicombe v. Dupree, Op. No. 2005-UP-480 (S.C. Ct. App. filed August
 17, 2005).